## CASE ANNOUNCEMENTS

*February 24, 2014*

[Cite as *02/24/2014 Case Announcements*, 2014-Ohio-637.]

## MOTION AND PROCEDURAL RULINGS

2013-1893. State ex rel. Griffin v. Sheldon.
In Habeas Corpus. This cause came on for further consideration upon the filing of petitioner's motions for default judgment and to give notice of violation of R.C. 2725.24. It is ordered by the court that the motions are denied as moot.

## CASE ANNOUNCEMENTS

*February 25, 2014*

[Cite as *02/25/2014 Case Announcements*, 2014-Ohio-651.]

## MOTION AND PROCEDURAL RULINGS